IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:25cr367-MHT
                            )            (WO)
KE'MARCUS MONTRELL SIMMONS  )
```

SUPPLEMENTAL ORDER FOR STATUS REPORTS

In lieu of the grades report ordered by the court at the sentencing hearing, it is ORDERED that, on May 19, 2026, November 19, 2026, and May 19, 2027, the defendant's supervising probation officer shall file status reports as to how defendant Ke'Marcus Montrell Simmons is faring in general, as well as how he is doing in school (including the courses he is taking and his grades in those courses) and the status of his employment.

DONE, this the 19th day of November, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE